COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 October 8, 2014
 No. 10-15-00283-CR
 IN RE WILLIAM ARTHUR McINTOSH
 
 
 Original Proceeding
 
--------------------------------------------------------------------------------
JUDGMENT

 The Petition for Writ of Mandamus filed by William Arthur McIntosh has been considered by the Court. Because McIntosh has received the relief he requested, the Court has determined that the Petition for Writ of Mandamus should be and hereby is dismissed as moot.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk